10 CV 734 (JBA)
_____
Docket no.

THE PRESIDENT OF THE UNITED STATES OF AMERICA

To the Marshal of the District of Connecticut (or designated process server) - GREETINGS:

WHEREAS a Verified Complaint has been filed in the United States District Court for the District of Connecticut on the 13th day of May 2010 along with a supporting Affidavit by

**DEIULEMAR COMPAGNIA DI NAVIGAZIONE SPA,**

Plaintiff,

against

**EFNAV COMPANY LTD. a/k/a EFNAV CO. LTD., SERTIO SHIPPING COMPANY LIMITED a/k/a SERTIO SHIPPING, ROUFELO SHIPPING COMPANY LIMITED a/k/a ROUFELO SHIPPING and VINTAGE MARITIME CO. LTD. a/k/a VINTAGE MARITIME,**

Defendants,

in a certain action for breach of maritime contract and indemnity wherein it is alleged that there is due and owing from the Defendants to the said Plaintiff the amount of $902,680.32,

WHEREAS, Process of Maritime Attachment and Garnishment shall issue against all tangible or intangible property belonging to, claimed by or being held for Defendants in an amount of up to USD$902,680.32 pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure;

WHEREAS, the Writ calls for the attachment of the Defendants' interests in the Vessel M/V ANASTASIA, presently located at Bridgeport Anchorage in Bridgeport, Connecticut.

NOW, THEREFORE, we do hereby command you that if the said Defendants cannot be found within the District you attach goods and chattels to the amount sued for, in the form of the Vessel ANASTASIA, but allow the Vessel to continue to discharge of the cargo on board into the M/V JOHANNAH OLDENDORFF until complete and then to allow the Vessel to shift to another safe place within the Bridgeport Anchorage, at all times remaining within the jurisdiction of this Court; and if such property cannot be found that you attach other property, credit and effects and that you promptly after execution of this process, file the same in this court with your return thereon.

WITNESS, the Honorable _Janet Bond Arterton  U.S.D._ Judge of said Court, this _14th_ day of _May_ 2010 and of our Independence the two-hundred and thirty-third.

Tisdale Law Offices LLC
Attorneys for Plaintiff
10 Spruce Street
Southport, CT 06890
(203) 254-8474

Robin Tabora
_____
Clerk

By: _____
Deputy Clerk

NOTE: *This Process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and/or New York Civil Practice Law and Rules, Article 62.*

True Copy
ATTEST
_____ D. TABORA
Clerk _____ Court
By _____